**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DUANE "PETE" WYATT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cause No. 4:26-cv-01432** |
| **v.** | ) | |
| | ) | |
| **ST. LOUIS COUNTY, MISSOURI., Et al** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE**

COME NOW Defendants St. Louis County, St. Louis County Department of Public Health, St. Louis County Civil Service Commission, Kanika Cunningham, Derrick Melton, and Sharon Gardner (collectively, "County Defendants"), who hereby give notice to the United States District Court for the Eastern District of Missouri, Eastern Division, that they have filed a Notice in the 21st Judicial Circuit for St. Louis County regarding their Notice of Removal.

Respectfully Submitted,

**DANA T. REDWING**
**COUNTY COUNSELOR**

By: **/s/ Nicholas C. Lindley**
Nicholas Lindley, #63038
Sandra Zambrana, #61125
Associate County Counselor
Office of the County Counselor
41 S. Central Avenue
Clayton, Missouri 63105
(314) 934-0476
NLindley@stlouiscountymo.gov
szambrana@stlouiscountymo.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of September 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF filing system upon all counsel of record.

***/s/ Nicholas C. Lindley #63038***
Nicholas Lindley